

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00135-CV

| | | |
|---|---|---|
| BEACH STREET FOODS, INC., KHALIDA SALEEMI, JAWAID ALAM, AND UMME ALAM, Appellants | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-300779-18) |
| V. | § | January 20, 2022 |
| GRANDY'S, LLC, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The trial court's judgment is modified to make the award of appellate attorney's fees conditioned on Appellants Beach Street Foods, Inc., Khalida Saleemi, Jawaid Alam, and Umme Alam's unsuccessful appeal. It is ordered that the trial court's judgment is affirmed as modified.

It is further ordered that Appellants Beach Street Foods, Inc., Khalida Saleemi, Jawaid Alam, and Umme Alam must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr